1

2

3  Levi Boone, III, Esq., MSB# 3686
   **BOONE LAW FIRM, P.A.**
   401 West Sunflower Road
4  P. O. Box 1772
   Cleveland, MS 38732
5  Ph. (662) 843-7946
   Fax (662) 843-7950
6  LBoone@BooneLawFirm.Com

7

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12

13  _____ )
                                         )   Estate of Bobbie G. Overton, Sr., et al vs.
    IN RE: BEXTRA AND CELEBREX          )   Pfizer, et al
14  MARKETING SALES PRACTICES AND        )   Cause No. 08-1017-CRB
    PRODUCT LIABILITY LITIGATION         )
15                                       )   **MDL NO. 1699**
    _____ )   **District Judge: Charles R. Breyer**
16                                       )
                                         )
17  Ruby Giles,                          )
                                         )
18                     Plaintiff,        )   **STIPULATION AND ORDER OF**
                                         )   **DISMISSAL WITHOUT PREJUDICE**
19          vs.                          )
                                         )
20  Pfizer, Inc., et al.                 )
                       Defendants.       )
21  _____

22
           Come now the Plaintiff, RUBY GILES and Defendants, by and through the undersigned
23
    attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the
24
    dismissal of this action without prejudice with each side bearing its own attorneys' fees and
25
    costs.
26
           Should Plaintiff or a representative of Plaintiff attempt to re-file claim against
27
    Defendants, they shall do so only by re-filing in the United States District Court.
28

1  DATED: 5/9, 2008

2  BOONE LAW FIRM, P.A.

3

4  By: _____
   Levi Boone, III, Esq.
5  Attorneys for Plaintiff

6  DATED: 5/14, 2008    GORDON & REES

7

8  By: _____
   Stuart M. Gordon
9  Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: May 19, 2008

Hon. Charles R. Breyer
United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

-2-

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE