1

2

3  Levi Boone, III, Esq., MSB# 3686
   **BOONE LAW FIRM, P.A.**
   401 West Sunflower Road
4  P. O. Box 1772
   Cleveland, MS  38732
5  Ph.  (662) 843-7946
   Fax  (662) 843-7950
6  LBoone@BooneLawFirm.Com

7

8

9                  UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11

12

13  _____ )    Estate of Bobbie G. Overton, Sr., et al vs.
                                     )    Pfizer, et al
    IN RE: BEXTRA AND CELEBREX       )    Cause No. 08-1017-CRB
14  MARKETING SALES PRACTICES AND    )
    PRODUCT LIABILITY LITIGATION     )
15                                   )    **MDL NO. 1699**
                                     )    **District Judge:  Charles R. Breyer**
16  _____ )
                                     )
17  Richard Griffith,               )
                                     )
18                    Plaintiff,     )    **STIPULATION AND ORDER OF**
                                     )    **DISMISSAL WITHOUT PREJUDICE**
19            vs.                    )
                                     )
20  Pfizer, Inc., et al.            )
                      Defendants.    )
21  _____ )

22

23          Come now the Plaintiff, RICHARD GRIFFITH and Defendants, by and through the

24  undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

25  stipulate to the dismissal of this action without prejudice with each side bearing its own

26  attorneys' fees and costs.

27          Should Plaintiff or a representative of Plaintiff attempt to re-file claim against

28  Defendants, they shall do so only by re-filing in the United States District Court.

                                    -1-

1    DATED: 5/9 , 2008

2                        BOONE LAW FIRM, P.A.

3                        By:

4                        Levi Boone, III, Esq.
                         Attorneys for Plaintiff
5

6    DATED: 5/14 , 2008    GORDON & REES

7

8                        By:
                         Stuart M. Gordon
9                        Attorneys for Defendants

10

11

12   **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
     IT IS SO ORDERED.**

13

14   Dated:    May 20, 2008

15                        Hon.
                         United
16

17

18

19

20

21

22

23

24

25

26

27

28

                              -2-

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE