1

2

3  Levi Boone, III, Esq., MSB# 3686
   **BOONE LAW FIRM, P.A.**
   401 West Sunflower Road
4  P. O. Box 1772
   Cleveland, MS  38732
5  Ph. (662) 843-7946
   Fax (662) 843-7950
6  LBoone@BooneLawFirm.Com

7

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12

13  IN RE: BEXTRA AND CELEBREX                ) Estate of Bobbie G. Overton, Sr., et al vs.
                                              ) Pfizer, et al
14  MARKETING SALES PRACTICES AND             ) Cause No. 08-1017-CRB
    PRODUCT LIABILITY LITIGATION              )
15                                            ) **MDL NO. 1699**
                                              ) **District Judge:  Charles R. Breyer**
16                                            )
                                              )
17  Estate of James Ellis,                    )
                                              )
18                      Plaintiff,            ) **STIPULATION AND ORDER OF**
                                              ) **DISMISSAL WITHOUT PREJUDICE**
19             vs.                            )
                                              )
20  Pfizer, Inc., et al.                      )
                        Defendants.           )
21

22
        Come now the Plaintiff, ESTATE OF JAMES ELLIS and Defendants, by and through
23
   the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby
24
   stipulate to the dismissal of this action without prejudice with each side bearing its own
25
   attorneys' fees and costs.
26
        Should Plaintiff or a representative of Plaintiff attempt to re-file claim against
27
   Defendants, they shall do so only by re-filing in the United States District Court.
28

                                              -1-

DATED: 5/9, 2008

BOONE LAW FIRM, P.A.

By: _____
Levi Boone, III, Esq.
Attorneys for Plaintiff

DATED: 5/14, 2008    GORDON & REES

By: _____
Stuart M. Gordon
Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: may 27, 2008    _____
Hon. Charles R. Breyer
United States District Court

IT IS SO ORDERED
Judge Charles R. Breyer

-2-

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE