**FILED**

SEP 2 8 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Levi Boone, III
**Boone Law Firm, P.A.**
P.O. Box 1772
Cleveland, Mississippi 38732
Telephone: 662.843.7946
Fax: 662.843.7950
Email: lboone@boonelawfirm.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION

The Estate of Bobbie G. Overton, Sr., et al.,

Plaintiffs,

vs.

Pfizer Inc, et al.,

Defendants.

**Case No.: 3:08-cv-1017-CRB**

**MDL NO. 1699**
**District Judge: Charles R. Breyer**

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Come now all remaining Plaintiffs in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice**, with each side bearing its own

//

//

//

//

//

attorneys' fees and costs.

DATED: 7/28, 2010

By: [signature]

**Boone Law Firm, P.A.**
P.O. Box 1772
Cleveland, Mississippi 38732
Telephone: 662.843.7946
Fax: 662.843.7950
Email: lboone@boonelawfirm.com

*Attorneys for Plaintiffs*

DATED: Sept. 9, 2010

By: [signature]

**DLA Piper US LLP**
1251 Avenue of the Americas
New York, NY 10020
Telephone: 212.335.4625
Facsimile: 212.884.8675

*Attorneys for Defendants*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: 9-28-2010

[signature]
Hon. Charles R. Breyer
United States District Court